UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FREDERICK WALKER          ,                                   **NOTICE OF APPEARANCE**

                Plaintiff,                                   Docket No.:23-cv-05787

       -against-

THE CITY OF NEW YORK, JOHN DOE
AGENTS OF NEW YORK CITY,
and JOHN DOE AGENTS OF NEW YORK
STATE AT DOWNSTATE
CORRECTIONAL FACILITY,

                Defendants.
------------------------------------------------------------------X
SIR:

      PLEASE TAKE NOTICE that ALEXANDER R. KLEIN, of the firm BARKET EPSTEIN KEARON ALDEA & LoTURCO, LLP, hereby appear in the above-entitled action and that the firm is retained as attorney for Frederick Walker, the Plaintiff herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.

DATED: July 11, 2023
        Garden City, New York

                                        By: _____
                                             Alexander R. Klein
                                             666 Old Country Road, Suite 700
                                             Garden City, NY 11530
                                             (516) 745-1500