UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
FREDERICK WALKER,

                     Plaintiff,             23 cv 5787 (PKC)

-against-

                          <u>ORDER</u>

CITY OF NEW YORK, et al.,

                    Defendant.

-------------------------------------------------------------x

CASTEL, District Judge:

          The Complaint alleges that "[v]enue is proper in the Eastern District of New York . . . because that is the judicial district in which the claim arose, and in which the Defendants resided or conducted business.  (Complaint ¶2.)  It is also the district in which the plaintiff resides. (Complaint ¶2.)

          Let the parties show cause in writing by July 26, 2023 why in the interests of justice and for the convenience of parties and witnesses the action ought not be transferred to the Eastern District of New York.

          SO ORDERED.

                                        P. Kevin Castel
                               United States District Judge

Dated:  New York, New York
        July 13, 2023