UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Frederick Walker
Plaintiff(s),

vs.

The City of New York, et al.
Defendant(s).

ATTORNEY: BARKET EPSTEIN KEARON ALDEA &
LOTURCO, LLP

CIVIL ACTION NO.: 23-CV-05787

DATE OF FILING: 07/13/2023

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Alexander James, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **7/18/2023** at **9:33 AM** at **100 Church St, New York, NY 10007**,
Deponent served the **Summons in a Civil Action, Complaint** upon **The City of New York**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Ariton Marke** personally, a person who stated to be an authorized agent to receive process service for **The City of New York**. Deponent knew said city agency so served to be the city agency described in said **Summons in a Civil Action, Complaint** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Deputy Unit Chief** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male**  Skin: **White**  Hair: **Brown**  Age (Approx): **40**  Height(Approx): **5'11"**  Weight(Approx): **180-190 lbs**  Glasses: **No** Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

July _____ 19 _____ 2023

CRAIG L. EISENBERG
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01E16030725
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES SEPTEMBER 20, 2025

Alexander James
License No. 1438821

Ultimate Process & Attorney Services, Inc. 585 Stewart Ave, Ste LL16, Garden City, NY 11530 516-333-3447 Lic#1376042
Case No: 1681965

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| FREDERICK WALKER<br><br>*Plaintiff(s)*<br>v.<br>THE CITY OF NEW YORK, JOHN DOE AGENTS OF NEW YORK CITY, and JOHN DOE AGENTS OF NEW YORK STATE AT DOWNSTATE CORRECTIONAL FACILITY<br><br>*Defendant(s)* | Civil Action No. 23-cv-05787 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The City of New York
New York City Law Department
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Seymour W. James, Esq.
Barket Epstein Kearon Aldea & LoTurco LLP
666 Old Country Road, Suite 700
Garden City, New York 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/13/2023

/s/ P. Canales
*Signature of Clerk or Deputy Clerk*

