

666 Old Country Road, Suite 700
Garden City, New York 11530
516.745.1500 • [F] 516.745.1245
www.barketepstein.com

Additional Offices:
Empire State Building, NY, New York
Huntington, New York
All Mail to Garden City Address

July 26, 2023

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Walker v. City of New York et al.
            23-CV-5787

Dear Judge Castel,

      This office represents the Plaintiff, Frederick Walker. We are writing pursuant to the Court's order of July 13, 2023, to show cause why this action should not be transferred to the Eastern District of New York.

      While the complaint in this case alleges that venue is proper in the "Eastern" District of New York, and that the "Eastern" District of New York is the venue in which the claim arose, this is unfortunately a typographical error that we failed to identify. The central misconduct forming the basis of this action occurred at Riker's Island, which is technically located in the Bronx rather than Queens, and it thus occurred in the Southern District of New York rather than the Eastern District of New York. Indeed, the pleadings in this case reference the lawsuit of *Lynch et al. v. City of New York* (17-cv-7577),[1] another action arising out of the systemic delays experienced by prisoners at Riker's Island—and that case was litigated in the Southern District of New York as well. *See generally Lynch v. City of New York*, 335 F. Supp.3d 645 (S.D.N.Y. 2018).

      Thus, while Plaintiff himself is a resident of Queens, this action arises from conduct in the Southern District of New York and at a facility in the Southern District of New York, and thus, to the extent knowable at this time, the Southern District of New York forms a convenient forum for the remainder of these proceedings.

---

[1] See Complaint (ECF No. 1) at ¶¶35-37.

2

As the Southern District of New York is the "judicial district in which a substantial part of the events or omission giving rise to the claim occurred" (28 U.S.C. 1391(b)(2)), and as it will be a convenient forum for the parties and witnesses to the action, we respectfully request that the action remain in its present venue.  I apologize for the confusion I have caused, and thank the Court for its consideration.

        Sincerely,

        */s/ Alexander Klein*
        Alexander Klein, Esq.