

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN N. GORDON**
Tel.: (212) 356-0878
stegordo@law.nyc.gov

August 4, 2023

Application GRANTED.
SO ORDERED.
Dated: 08/07/2023

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

<u>**VIA ECF**</u>
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Walker v. The City of New York et al.*, 1:23-cv-05787 (PKC)

Dear Judge Castel:

I am Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant The City of New York (the "City") in the above-referenced action. There is an initial conference scheduled for January 15, 2024.

I respectfully write to request that the City be granted an extension of time to respond to the Complaint filed and served on July 6, 2023 and July 18, 2023, respectively. By August 8, 2023, the City is currently required to respond to the Complaint. To fully and completely do so, the City must consult with the New York City Department of Correction (the "DOC") to evaluate the records relevant to Plaintiff's claims. Accordingly, the City requests a thirty-day (30) day extension of time, from August 8, 2023, requiring the City to respond on or before <u>**September 7, 2023**</u>. This is the City's first request for an extension of time to respond to the Complaint.

Under Your Honor's Individual Practices, I have consulted with Plaintiff's counsel who consents to the City's above-requested extension and reviewed and approved this letter as filed.

Thank you for considering this submission and request.

Respectfully submitted,

/s/ Steven N. Gordon
Steven N. Gordon
Special Assistant Corporation Counsel

cc: aklein@barketepstein.com